**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Toby Bayless,** | ) | Case No. 21-13372 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

## NOTICE OF MOTION

TO:   Office of Glenn Stearns, Chapter 13 Trustee, via Electronic Court Notice
Thomas Nelson Adams, 50 Loop Rd, Ocracoke, NC 27960

YOU ARE HEREBY NOTIFIED that on March 18, 2022 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Baer, or any Judge sitting in her stead and present the Objection to the Claim of the Thomas Nelson Adams (Claim No. 18), a copy of which is hereby attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David H. Cutler

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice and the remaining person(s) and/or firm(s) listed above via first class US Mail, proper postage prepaid on the February 16, 2022.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Toby Bayless, | ) | Case No. 21-13372 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

**DEBTOR'S OBJECTION TO CLAIM OF THOMAS NELSON ADAMS (CLAIM NO. 18)**

NOW COMES the Debtor(s), Toby Bayless, by and through his attorneys, Cutler & Associates, Ltd., and in support of their Objection to the Claim of Thomas Nelson Adams (Claim No. 18), state as follows:

1. The Debtor filed his Chapter 13 Bankruptcy Petition on November 23, 2021.

2. The Debtor owned a business that had operated out of a property located at 2615 Anderson Highway, Powhattan, Virginia. The Debtor's business rented the space from the landlord, T. Nelson Adams ("Adams"). A copy of the signed lease between the parties is marked as Exhibit A and is attached hereto.

3. The business ceased operating at the location in 2021 and vacated the premises. The business is not longer operating.

4. The lease, signed by Adams and the Debtor's business, Primecare Management Services ("Primercare"), had not yet been completed.

5. The lease was not signed by the Debtor individually, it was only signed by the Debtor in his position of CEO of Primecare and Adams.

6. The lease does not reference a guaranty until paragraph 17 of the lease, but it does not name a guarantor for the lease. In addition, there are no signature pages for a guarantor.

7.Adams has filed a claim in this case. A copy of the claim is marked as Exhibit B. Said claim was assigned claim number 18.

8.The claim purports to include a copy of the signed lease. However, this lease differs from the lease the Debtor actually signed, in his capacity of CEO of Primecare. The lease, included in the Proof of Claim (Exhibit B), has an incomplete paragraph 1 and includes a longer paragraph 2 and 3 among other differences.

9.This lease further adds the Debtor as a guarantor in the introductory paragraph. This lease appears to have been altered to include the guarantor language that the lease actually signed by the Debtor does not include.

10.Even if this were the legitimate copy of the lease, the lease does not provide for a signed guaranty by the Debtor. It is only signed by the Debtor in his capacity as CEO of Primecare.

11.Accordingly, the claim is not a valid claim in the Debtor's Bankruptcy estate.

12.Accordingly, the claim of Adams should be disallowed.

WHEREFORE, the Debtor, Toby Bayless, prays for the following relief:

A.That this Court enter an order finding that the claim of Thomas Nelson Adams (Claim Number 18) is disallowed; and

B.For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: February 16, 2022

By:/s/ David H. Cutler
One of the attorneys for the Debtor(s)

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600