United States Bankruptcy Court-　　　　　　　　　　　　　　　　　2-25-2022
Northern District of Illinois
Eastern Division

Reference Case #21-13372

Attorney D. Cutler, representing Toby Bayless, has filed an objection to my proof of claim for unpaid rent in the amount of $12,627.51 at 2615 Anderson Hwy in Powhatan Virginia. I'm objecting to this motion and requesting that a court hearing be held on this matter before any such motion is granted by the court.

*[signature]*

Thomas Nelson Adams

*[FILED stamp: UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, MAR 03 2022, JEFFREY P. ALLSTEADT, CLERK, INTAKE 2]*