IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 0 4 2022

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

In re: Toby Bayless

)   21 B 13372
)
Debtor(s)   )   **Judge Janet S. Baer**

## *NOTICE OF OBJECTION*

Please take notice that creditor Thomas Nelson Adams objects to debtor's objection to claim of Thomas Nelson Adams, docket # 30.

*[signature]*
Thomas Nelson Adams

Thomas Nelson Adams
1234 Street Address
City State Zip
Phone

50 Loop Rd # 926
Ocracoke, NC
    27960

ph.# 804-833-6028

STATE OF NC
COUNTY OF Hyde

Sworn to (or affirmed) and subscribed before me
this 28th day of Feb, 2022 by Thomas Nelson Adams
*[signature]* Laura Dunlow Belch
Notary Public's Signature    Notary Name
My Commission Expires on 10·13·2023

LAURA DUNLOW BELCH
Notary Public, North Carolina
Hyde County
My Commission Expires
October 13, 2023