**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Toby Bayless,** | ) | Case No. 21-13372 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

**NOTICE OF MOTION**

TO:   Office of Glenn Stearns, Chapter 13 Trustee, via Electronic Court Notice
Leah Lecuyer c/o Craig J. Curwood, Esq., 140 Virginia St., Suite 302, Richmond, VA 23219

YOU ARE HEREBY NOTIFIED that on March 18, 2022 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Baer, or any Judge sitting in her stead and present the Objection to the Claim of the Leah Lecuyer (Claim No. 20), a copy of which is hereby attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David H. Cutler

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice and the remaining person(s) and/or firm(s) listed above via first class US Mail, proper postage prepaid on the March 15, 2022.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Toby Bayless, | ) | Case No. 21-13372 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

**DEBTOR'S AMENDED OBJECTION TO THE
CLAIM OF LEAH LECUYER (CLAIM NO. 20)**

NOW COMES the Debtor(s), Toby Bayless, by and through his attorneys, Cutler & Associates, Ltd., and in support of his Amended Objection to the Claim of Leah Lecuyer (Claim No. 20), state as follows:

1. The Debtor filed his Chapter 13 Bankruptcy Petition on November 23, 2021.

2. The bar date for filing non-governmental claims in this matter was February 1, 2022.

3. Leah Lecuyer filed a claim on February 4, 2022. A copy of the claim is marked as Exhibit A and is attached hereto.

4. Pursuant to 11 U.S.C. 502(b)(9), if an objection is made to a claim that was filed after the applicable bar date, it must be disallowed as not timely filed.

5. The attorney for the creditor has provided Debtor's counsel with proof that the claim was delivered to the Clerk's office before the deadline and has asked the Debtor to consider the claim timely filed. The Debtor has no power under the bankruptcy code to consider a late-filed claim as timely filed. This would be within the purview of this Court to make that determination.

6. In addition, the claim filed by Lecuyer is based on her contract with Powhatan Family Physicians, not the Debtor. The claim filed by Lecuyer does not provide any grounds that the alleged debt is owed by the Debtor.

7. Accordingly, the claim of Leah Lecuyer should be disallowed.

WHEREFORE, the Debtor, Toby Bayless, prays for the following relief:

A.     That this Court enter an order finding that the claim of Lean Leucuyer (Claim Number 20) is disallowed; and

B.     For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: March 15, 2022

By: /s/ David H. Cutler
One of the attorneys for the Debtor(s)

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600