# EXHIBIT 1

```
ORIGIN ID:GVEA    (804) 648-4848            SHIP DATE: 28JAN22
CRAIG J. CURWOOD                            ACTWGT: 1.00 LB
BUTLER CURWOOD PLC                          CAD: 104501611/INET4460
140 VIRGINIA STREET
SUITE 302
RICHMOND, VA 23219                          BILL SENDER
UNITED STATES US

TO   HON. JEFFREY P. ALLSTEADT, CLERK
     U.S. BANKRUPTCY COURT, EASTERN DIV
     219 S DEARBORN
     ROOM 710
     CHICAGO IL 60604
     (312) 408-5000         REF: LECUYER #725-001
     INV:
     PO:                    DEPT:
```




FedEx Express

```
                         MON - 31 JAN 10:30A
TRK# 7759 0262 5564      PRIORITY OVERNIGHT
0201
                                    60604
XN CHIA              IL-US          ORD
```




**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.