# EXHIBIT 2

**Tina Darden-Harris**

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Monday, January 31, 2022 10:53 AM |
| To: | Tina Darden-Harris |
| Subject: | FedEx Shipment 775902625564: Your package has been delivered |



# Hi. Your package was delivered Mon, 01/31/2022 at 9:21am.



Delivered to 219 S DEARBORN ST, CHICAGO, IL 60604

OBTAIN PROOF OF DELIVERY

| | |
|---|---|
| **TRACKING NUMBER** | 775902625564 |
| **FROM** | BUTLER CURWOOD PLC<br>140 Virginia Street<br>Suite 302<br>RICHMOND, VA, US, 23219 |
| **TO** | U.S. Bankruptcy Court, Eastern Div<br>Hon. Jeffrey P. Allsteadt, Clerk<br>219 S Dearborn<br>Room 710<br>CHICAGO, IL, US, 60604 |

1

| | |
|---:|:---|
| REFERENCE | Lecuyer #725-001 |
| SHIPPER REFERENCE | Lecuyer #725-001 |
| SHIP DATE | Fri 1/28/2022 03:45 PM |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | RICHMOND, VA, US, 23219 |
| DESTINATION | CHICAGO, IL, US, 60604 |
| SPECIAL HANDLING | Deliver Weekday |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 1.00 LB |
| SERVICE TYPE | FedEx Priority Overnight |



## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now.**



**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:52 AM CST 01/31/2022.

All weights are estimated.

2

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.