# EXHIBIT 3

Case 21-13372   Doc 40-2   Filed 03/16/22   Entered 03/16/22 14:48:34   Desc Exhibit 3   Page 2 of 2

**FedEx**

February 25, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775902625564

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | CHICAGO, IL, |
| | | Delivery date: | Jan 31, 2022 09:21 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 775902625564 | Ship Date: | Jan 28, 2022 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:                      Shipper:

CHICAGO, IL, US,          RICHMOND, VA, US,

Reference                  Lecuyer #725-001

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx