### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHER DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Toby Bayless, | ) | Case No. 21-13372 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

### ORDER OVERRULING DEBTOR'S OBJECTION AND ALLOWING CLAIM OF LEAH LECUYER (CLAIM NO. 20)

THIS CAUSE coming to be heard on the Debtor's Objection to the Claim of Leah Lecuyer (Claim No. 20), and creditor Leah Lecuyer' objection thereto, and upon due consideration of the parties' positions, IT IS HEREBY ORDERED that the Debtor's objection is overruled and denied, and the claim of Leah Lecuyer is hereby allowed.

Enter:

Honorable Janet S. Baer

United States Bankruptcy Judge