# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHER DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Toby Bayless, | ) | Case No. 21-13372 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

## NOTICE OF OBJECTION TO MOTION
## OF OBJECTION TO THE CLAIM OF LEAH LECUYER (CLAIM NO. 20)

Please take notice that creditor Leah Lecuyer objects to debtor's objection to claim of Leah Lecuyer (Claim No. 20).

Leah Lecuyer
*Pro Se*
Creditor
c/o
Craig J. Curwood
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Tel: 804-648-4848
Email: craig@butlercurwood.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be mailed to counsel for the debtor, and to the Trustee as follows:

Cutler & Associates, Ltd.
1901 N. Roselle Rd, 8th Floor
Schaumburg, IL 60195
Counsel for Debtor

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350